

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-12-00583-CV

Trial Court Cause
Number:  0967871

Style:  Donald Seeberger

**v** BNSF Railway Company

Date motion filed[*]:  June 28, 2012

Type of motion:  Motion to Extend Time to File Notice of Appeal

Party filing motion:  appellant

Document to be filed:  yes

Is appeal accelerated? ☐ YES ☒ NO

Ordered that motion is:

☒ Granted

If document is to be filed, document due:  n/a

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack

☒ Acting individually ☐ Acting for the Court

Panel consists of  Chief Justice Radack and Justices Bland and Huddle

Date: September 26, 2013